

**IT IS ORDERED as set forth below:**

**Date: March 3, 2017**

*Paul Baisier*

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re:<br>**James Ernest Carroll, III,**<br><br>　　　　　　　　　　Debtor. | Chapter **13**<br><br>Case No. **16-58322-PMB** |
| **James Ernest Carroll, III,**<br><br>　　　　　　　　　　Movant,<br>V.<br><br>**Ditech Financial LLC** and **Adam M. Goodman**, Trustee,<br>　　　　　　　　　　Respondents. | Contested Matter |

**ORDER SUSTAINING IN PART DEBTOR'S OBJECTION TO PROOF OF CLAIM #8**

DITECH FINANCIAL LLC, ITS SUCCESSORS OR ASSIGNS, Respondent herein, moves the Court to enter the Order Sustaining in Part Debtor's Objection to Proof of Claim #8 in the above-matter, and shows:

Debtor filed this Objection to Proof of Claim on January 20, 2017. The objection was scheduled for hearing on February 23, 2017. The Debtor failed to appear at the hearing. Respondent has no opposition to the Objection in part as long as the specific language that the lien of Respondent be declared void, and ordered extinguished upon is not sustained. Therefore, it is hereby

**ORDERED** that the objection to Proof of Claim is sustained in part. Proof of Claim #8 is disallowed only and the lien shall not be declared void or extinguished. It is further

**ORDERED** that the Debtor has 20 days from the entry of this order to object to the language herein and re-notice the hearing on the Objection to Claim.

### END OF DOCUMENT

Prepared by:

 /s/ *Lucretia L. Scruggs*
Lucretia L. Scruggs
Georgia Bar No. 371008
Attorney for Movant
211 Perimeter Center Parkway.
Suite 300
Atlanta, GA 30346
lscruggs@logs.com
770-220-2535

## **DISTRIBUTION LIST**

James Ernest Carroll, III
Apt. 216
3300 Dogwood Drive
Atlanta, GA 30354

Adam M. Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Shapiro, Pendergast, & Hasty LLP
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA 30346